JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JAMES SCOTT,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>W.L. MONTGOMERY,<br><br>　　　　　　Respondent. | Case No. 2:20-cv-01030-SVW (SHK)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: March 9, 2022

_____
HONORABLE STEPHEN V. WILSON
United States District Judge