UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JAMES SCOTT,<br><br>　　　　　　Petitioner,<br><br>　　　　v.<br><br>W.L. MONTGOMERY,<br><br>　　　　　　Respondent. | Case No. 2:20-cv-01030-SVW (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Motion to Vacate and Re-enter the March 9, 2022 Judgment ("MTV"), the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that: (1) the MTV (ECF No. 35) is GRANTED; (2) the Judgment Dismissing the Case (ECF No. 30) is VACATED; and (3) new Judgment be entered DISMISSING this action with prejudice.

Dated:  February 7, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge