JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JAMES SCOTT,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>W.L. MONTGOMERY,<br><br>　　　　　　Respondent. | Case No. 2:20-cv-01030-SVW (SHK)<br><br>**RENEWED JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: February 7, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　　United States District Judge